# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 17, 2020

## NO. 03-20-00323-CV

**D. J. and C. C., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND KELLY
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the order terminating parental rights signed by the trial court on June 10, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order terminating parental rights. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.